# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 03-CR-404 JLL) |
| v. | ORDER |
| BRYANT HEIGHT | |

This matter having been opened to the Court upon the request of Defendant Bryant Height, through the Office of the Federal Public Defender, (Louise Arkel, appearing), for an Order by the Court appointing counsel in Bryant Height's 18 U.S.C. § 3582(c) proceedings; and this Court having considered the request; and after good cause shown;

IT IS ON THIS _____ DAY OF MAY, 2008;

**ORDERED** that the Office of the Federal Public Defender, Louise Arkel, appearing is appointed to represent Bryant Height in this matter.

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE