UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | ORDER |
| v. : | Criminal 03-404 |
| : | |
| BRYANT HEIGHT : | |

**AGREED ORDER REDUCING SENTENCE**

The Court considers this case pursuant to its authority under 18 U.S.C. § 3582(c)(2) and Federal Rule of Criminal Procedure 43(b)(4). The U.S. Sentencing Commission has reduced guideline offense levels for cocaine base cases, and has made the reductions retroactive to previously-sentenced defendants. The parties agree that a sentencing reduction is appropriate in this case. The Court concurs, and hereby ORDERS as follows:

(1) The total offense level in this case is reduced from 31 to 29;

(2) Defendant's sentence is reduced from 110 months to **89 months**;

(3) This new sentence represents a reduction from the bottom of the range comparable to the reduction from the bottom of the original guidelines range;

(4) All other terms and provisions of the original judgment remain in effect. A copy of this agreed order shall be transmitted to the Bureau of Prisons immediately.

SO ORDERED on this the ___16___ day of ___July___, 2008.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

_____   _____
ASSISTANT U.S. ATTORNEY            DEFENSE COUNSEL

The defendant agrees to the reduction of sentence to 89 months and waives the need for any Court appearance.

_____
BRYANT HEIGHT